**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

**UNITED STATES OF AMERICA**

**v.**                                                         **Case Nos. 1:22-cr-22-AW-MAL
                                                                          1:26-cv-11-AW-MAL**

**CARLOS KENTRAL KERNEY,**

      **Defendant.**

_____/

## <u>ORDER DENYING § 2255 MOTION</u>

Defendant Carlos Kentral Kerney filed a § 2255 motion raising two grounds. ECF No. 121. In a thorough report and recommendation, the magistrate judge recommends that the court deny the motion and deny a certificate of appealability. ECF No. 123. Kerney filed objections, and I have considered the matter de novo. In addition, Kerney filed a "motion for leave to supplement pleading." ECF No. 127.

Having carefully considered the matter, I now adopt the report and recommendation and incorporate it into this order. The clerk will enter a judgment that says, "The § 2255 motion is denied on the merits." A certificate of appealability is denied.

The motion for leave to file a supplemental pleading (ECF No. 127) is DENIED. Kerney has not shown why he could not have included the new allegations earlier in the case, before the magistrate judge conducted her review and issued her report and recommendation. *Cf. Williams v. McNeil*, 557 F.3d 1287, 1291-92 (11th

1

Cir. 2009) ("Because the magistrate judge system was created to help alleviate the workload of the district judges, it would be fundamentally unfair to permit a litigant to set its case in motion before the magistrate, wait to see which way the wind was blowing, and—having received an unfavorable recommendation—shift gears before the district judge." (cleaned up)); *cf. also Carruthers v. BSA Advert., Inc.*, 357 F.3d 1213, 1218 (11th Cir. 2004) ("A motion to amend may be denied on numerous grounds, such as undue delay . . . ." (cleaned up)). Moreover, Kerney has not shown that any supplemental pleading would change anything.

SO ORDERED on March 16, 2026.

s/ *Allen Winsor*
Chief United States District Judge

2